UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,

v.                            Case No. 17-20469

Jason Manning,               Sean F. Cox
                                 United States District Court Judge

      Defendant.

_____/

## ORDER DENYING MOTION FOR COMPASSIONATE RELEASE (ECF No. 228) AS MOOT

On April 23, 2020, Defendant Jason Manning filed a motion for "modification of sentence, compassionate release/reduction in sentence." (ECF No. 228). Manning sought release from FCI Milan due to the ongoing novel coronavirus ("COVID-19") and his hypothyroidism.

On June 22, 2020, the Government responded to Manning's motion, arguing that it should be denied as moot because, since its filing, Manning has been released from FCI Milan and placed in a Residential Reentry Center (often referred to as a "halfway house.") The Government also argues that Manning's hypothyroidism does not constitute extraordinary and compelling reasons for compassionate release.

The Bureau of Prisons' website confirms that Manning has been released to a Residential Reentry Center. Because Manning is no longer subject to the danger of COVID-19 that he describes in his motion, and because he has received a form of the relief that he sought in his motion, the Court **DENIES** his motion as **MOOT**.

1

**IT IS SO ORDERED.**

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  August 3, 2020